AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sontchi, Christopher S. | Delaware - Bankruptcy Court | 8/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

824 Market Street
5th Floor
Wilmington, Delaware 19899

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Turnaround Management Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 8/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | self-employed physician |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association: Dustressed Investing Conference | 01/30/2017 - 02/01/2017 | Las Vegas, NV | Board of Trustees meeting | Meals, lodging, tuition, and travel |
| 2. | University of Chicago Booth School of Business: 12th Annual Conference | 03/09/2017 - 03/10/2017 | Chicago, IL | Panel member for seminar | Meals, lodging, tuition, and travel |
| 3. | INSOL International, UNCITRAL, and The World Bank, 12th Multinational Judicial Colloq | 03/15/2017 - 03/23/2017 | Sydney, Australia | Panel member for seminar | Meals, lodging, tuition, and travel |

| 4. | American Law Institute, Young Scholars Medal Conference | 04/03/2017 - 04/04/2017 | New York, NY | Panel member for seminar | Meals, lodging, tuition and travel |
| --- | --- | --- | --- | --- | --- |
| 5. | American Bankruptcy Institute: Mid-Atlantic Conference | 08/03/2017 - 08/04/2017 | Hershey, PA | Panel member for seminar | Meals, lodging, tuition, and travel |
| 6. | American Bankruptcy Institute: Delaware Views from the Bench Conference | 09/13/2017 | Wilmington, DE | Panel member for seminar | Meals and tuition |
| 7. | National Conference of Bankruptcy Judges Annual Meeting | 10/09/2017 - 10/11/2017 | Las Vegas, NV | Panel member for seminar | Meals, lodging, tuition, and travel |
| 8. | American Bankruptcy Institute: Views from the Bench | 10/17/2017 | Washington, DC | Panel member for seminar | Meals, tuition, and travel |
| 9. | Turnaround Management Association: Annual Meeting | 10/23/2017 - 10/25/2017 | Fort Worth, TX | Board of Trustees meeting | Meals, lodging, tuition, and travel |
| 10. | American Bar Association Business Section Fall Meeting | 11/16/17 - 11/17/2017 | Washington, DC | Panel member for seminar | Meals, lodging, tuition, and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sontchi, Christopher S.** | 8/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Educaion Services | Spouse's Education Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 8/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WSFS Bank | A | Interest | M | T | | | | | |
| 2. DEXSTA Federal Credit Union | A | Interest | K | T | | | | | |
| 3. Brokerage Account #1 | | None | J | T | | | | | |
| 4. 529 Plan #1 | | | | | | | | | |
| 5. - John Hancock, Freedom 529 College 2013-2016 | | None | M | T | | | | | |
| 6. 529 Plan #2 | | | | | | | | | |
| 7. - John Hancock, Freedom 529 College 2017-2020 | | None | M | T | | | | | |
| 8. IRA #1 | | | | | | | | | |
| 9. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 10. - American Funds, Europacific Growth Fund | A | Dividend | L | T | Buy (add'l) | 01/12/17 | K | | |
| 11. - Deutsche Global Real Estate Securities Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 12. - Wells Fargo Advantage International Value Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 13. - MFS Research Fund | A | Dividend | | | Sold | 01/11/17 | K | | |
| 14. - AMG River Road Small Cap Value Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 15. - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | | | Sold | 01/09/17 | K | | |
| 16. - John Hancock Disciplined Value Fund | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | |
| 17. - JP Morgan Mid Cap Value Fund | A | Dividend | | | Sold | 01/09/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 8/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Brown Advisory Growth Equity Fund | A | Dividend | K | T | Sold (part) | 01/10/17 | J | | |
| 19. - MFS International Growth Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 20. - AMG Times Square Small Cap Growth Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 21. - AQR Managed Futures Strategy Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 22. - Baird Aggregate Bond Fund | A | Dividend | | | Sold | 01/09/17 | K | | |
| 23. - Clarkston Partners Fund | A | Dividend | | | Sold | 01/09/17 | K | | |
| 24. - Metropolitan West Total Return Bond Fund | A | Dividend | K | T | Buy (add'l) | 01/12/17 | J | | |
| 25. - Hartford Mid Cap Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 26. - Lazard Emerging Markets Equity | A | Dividend | K | T | | | | | |
| 27. - Victory Trivalent International Small-Cap Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 28. - AMG SouthernSun U.S. Equity Fund | A | Dividend | K | T | Buy | 01/11/17 | K | | |
| 29. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 30. | | | | | Sold (part) | 11/16/17 | J | | |
| 31. -JP Morgan Value Advantage Fund | A | Dividend | K | T | Buy | 01/09/17 | J | | |
| 32. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 33. - Clearbridge Aggressive Growth Fund | A | Dividend | K | T | Buy | 01/09/17 | K | | |
| 34. | | | | | Buy (add'l) | 01/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 8/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Victory Integrity Small Cap Value Fund | A | Dividend | K | T | Buy | 01/09/17 | K | | |
| 36. | | | | | Buy (add'l) | | J | | |
| 37. | | | | | Sold (part) | 11/15/17 | J | | |
| 38.  - ISHARES TR CORE US AGGBD ET | A | Dividend | K | T | Buy | 01/11/17 | K | | |
| 39. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 40.  - ISHARES TR MIN VOL USA ETF | A | Dividend | K | T | Buy | 11/16/17 | K | | |
| 41.  - ISHARES TR CORE MSCI EAFE | A | Dividend | K | T | Buy | 01/11/17 | K | | |
| 42. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 43. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 44.  Vanguard Index Funds S&P 500 ETF SHS NEW | A | Dividend | L | T | Buy | 01/11/17 | L | | |
| 45. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 46. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 47.  IRA #2 | | | | | | | | | |
| 48.  - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 49.  - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 50.  IRA #3 | | | | | | | | | |
| 51.  - RJ Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 8/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - American Funds, Europacific Growth Fund | A | Dividend | K | T | Buy (add'l) | 01/12/17 | J | | |
| 53. - Deutsche Global Real Estate Securities Fund Securities | A | Dividend | | | Sold | 01/11/17 | J | | |
| 54. - Wells Fargo Advantage International Value Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 55. - MFS Research Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 56. - AMG River Road Small Cap Value Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 57. - JP Morgan U.S. Large Cap Core Plus Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 58. - John Hancock Disciplined Value Fund | A | Dividend | J | T | Sold (part) | 01/12/17 | J | | |
| 59. - JP Morgan Mid Cap Value Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 60. - Brown Advisory Growth Equity Fund | A | Dividend | J | T | Sold (part) | 01/10/17 | J | | |
| 61. - MFS International Growth Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 62. - AMG Times Square Small Cap Growth Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 63. - AQR Managed Futures Strategy Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 64. - Baird Aggregate Bond Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 65. - Clarkston Partners Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 66. - Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/12/17 | J | | |
| 67. - Hartford Mid Cap Fund | A | Dividend | | | Sold | 01/11/17 | J | | |
| 68. - Lazard Emerging Markets Equity | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 8/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Victory Trivalent International Small-Cap Fund | A | Dividend | | | Sold | 01/09/17 | J | | |
| 70.   - AMG SOUTHERNSUN U.S. Equity Fund | A | Dividend | J | T | Buy | 01/11/17 | J | | |
| 71. | | | | | Sold (part) | 11/16/17 | J | | |
| 72.   - JP Morgan Value Advantage Fund | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 73. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 74.   - Clearbridge Aggressive Growth Fund | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 75. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 76.   - Victory Integrity Small Cap Value Fund | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 77. | | | | | Buy (add'l) | 01/10/17 | J | | |
| 78. | | | | | Sold (part) | 11/15/17 | J | | |
| 79.   - ISHARES TR CORE US AGGBD | A | Dividend | J | T | Buy | 01/11/17 | J | | |
| 80. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 81.   - ISHARES TR MIN VOL USA ETF | A | Dividend | J | T | Buy | 11/16/17 | J | | |
| 82.   - ISHARES TR CORE MSCI EAFE | A | Dividend | J | T | Buy | 01/11/17 | J | | |
| 83. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 84. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 85.   - Vanguard Index Funds S&P 500 ETF SHS NEW | A | Dividend | K | T | Buy | 01/11/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 8/11/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 01/12/17 | J | | |
| 87. | | | | | Sold (part) | 11/16/17 | J | | |
| 88. IRA #4 | | | | | | | | | |
| 89. - Fidelity Investments, Fidelity Overseas Fund Mutual fund | A | Dividend | J | T | | | | | |
| 90. - RJ Bank Deposit Program | A | Interest | J | T | | | | | |
| 91. 401(k) Plan #2 | | | | | | | | | |
| 92. - JH LS Grow Active Strategy Fund | A | Dividend | N | T | | | | | |
| 93. Nationwide Flexible Prem. Variable Universal Life Policy #1 | | | | | | | | | |
| 94. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |
| 95. Nationwide Flexible Prem. Variable Universal Life Policy #2 | | | | | | | | | |
| 96. - NW NVIT Inv Dest Aggr II | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sontchi, Christopher S. | 8/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 5, line 3: The entire balance in this account was withdrawn in 2007. This account remains open but had a balance of $0.00 throughout the reporting period.

2) Part VII, page 5, line 11: The entire balance of Deutsche Global Real Estate Securities Fund was sold on January 11, 2017.

3) Part VII, page 5, line 12: The entire balance of Wells Fargo Advantage International Value Fund was sold on January 11, 2017.

4) Part VII, page 5, line 13: The entire balance of MFS Research Fund was sold on January 11, 2017.

5) Part VII, page 5, line 14: The entire balance of AMG River Road Small Cap Value Fund was sold on January 11, 2017.

6) Part VII, page 5, line 15: The entire balance of JP Morgan U.S. Large Cap Core Plus Fund was sold on January 9, 2017.

7) Part VII, page 5, line 15 (2016 report):The entire balance of Columbia Acorn International Fund was sold on February 23, 2016.

8) Part VII, page 5, line 16 (2016 report): The entire balance of Prudential Jennison Mid Cap Growth Fund was sold on November 10, 2016.

9) Part VII, page 5, line 17: The entire balance of JP Morgan Mid Cap Value Fund was sold on January 9, 2017.

10) Part VII, page 6, line 19: The entire balance of MFS International Growth Fund was sold on January 11, 2017.

11) Part VII, page 6, line 20: The entire balance of AMG Times Square Small Cap Growth Fund was sold on January 11, 2017.

12) Part VII, page 6, line 21: The entire balance of AQR Managed Futures Strategy Fund was sold on January 9, 2017.

13) Part VII, page 6, line 22: The entire balance of Baird Aggregate Bond Fund was sold on January 9, 2017.

14) Part VII, page 6, line 23: The entire balance of Clarkston Partners Fund was sold on January 9, 2017.

15) Part VII, page 6, line 25: The entire balance of Hartford Mid Cap Fund was sold on January 11, 2017.

16) Part VII, page 6, line 26 (2016 report): The entire balance of Virtus Emerging Markets Opportunities Fund was sold on June 16, 2016.

17) Part VII, page 6, line 27: The entire balance of Victory Trivalent International Small-Cap Fund was sold on January 9, 2017.

18) Part VII, page 7, line 45 (2016 report): The entire balance of Columbia Acorn International Fund was sold on February 23, 2016.

19) Part VII. page 7, line 46 (2016 report): The enire balance of Prudential Jennison Mid Cap Growth Fund was sold on November 10, 2016.

20) Part VII, page 8, line 53: The entire balance of Deutsche Global Real Estate Securities Fund was sold on January 11, 2017.

21) Part VII, page 8. line 53 (2016 report): The entire balance of Virtus Emerging Markets Opportunities Fund was sold on June 16, 2016.

22) Part VII, page 8, line 54: The entire balance of Wells Fargo Advantage International Value Fund was sold on January 11, 2017.

23) Part VII, page 8, line 55: The entire balance of MFS Research Fund was sold on January 11, 2017.

24) Part VII, page 8, line 56: The entire balance of AMG River Road Small Cap Value Fund was sold on January 11, 2017.

25) Part VII, page 8, line 57: The entire balance of JP Morgan U.S. Large Cap Core Plus Fund was sold on January 9, 2017.

26) Part VII, page 8, line 59: The entire balance of JP Morgan Mid Cap Value Fund was sold on January 9, 2017.

27) Part VII, page 8, line 61: The entire balance of MFS International Growth Fund was sold on January 11, 2017.

28) Part VII, page 8, line 62: The entire balance of AMG Times Square Small Cap Growth Fund was sold on January 11, 2017.

29) Part VII, page 8, line 63: The entire balance of AQR Managed Futures Strategy Fund was sold on January 9, 2017.

30) Part VII, page 8, line 64: The entire balance of Baird Aggregate Bond Fund was sold on January 9, 2017.

31) Part VII, page 8, line 65: The entire balance of Clarkston Partners Fund was sold on January 9, 2017.

32) Part VII, page 8, line 66 (2016 report): The entire balance of Franklin Templeton Inv., Franklin Income Fund was sold on April 11, 2016.

33) Part VII, page 8, line 67 (2016 report): The entire balance of The Hartford, Hartford Capital Appreciation Fund was sold on April 11, 2016.

34) Part VII, page 8, line 67: The entire balance of Hartford Mid Cap Fund was sold on January 11, 2017.

35) Part VII, page 8, line 68 (2016 report): The entire balance of Henderson International Opportunities Fund was sold on April 11, 2016.

36) Part VII, page 9, line 69 (2016 report): The entire balance of Quaker Funds, Quaker Strategic Growth Fund was sold on April 11, 2016.

37) Part VII, page 9, line 69: The entire balance of Victory Trivalent International Small-Cap Fund was sold on January 9, 2017.

38) Part VII, page 9, line 70 (2016 report): The entire balance of Henderson European Focus Fund was sold on April 11, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Christopher S. Sontchi**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544